854

No. 5195.  CHURDER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 401.  ROBERTSON v. THE SANYO MARU ET AL. C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE BLACK is of the opinion that certiorari should be granted.

No. 477.  RKO GENERAL, INC. v. NEWMARK.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE WHITE is of the opinion that certiorari should be granted.

No. 5095.  REAMS v. WINGO, WARDEN.  C. A. 6th Cir.  Upon representations of the Attorney General of Kentucky that petitioner now has available an appropriate remedy, certiorari denied.

No. 5171.  PIERRE v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.  MR. JUSTICE MARSHALL is of the opinion that certiorari should be granted.

No. 5188.  LAVOIE v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 5211.  LUSTER v. COOKSEY.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL would grant petition for certiorari, vacate judgment below, and remand for reconsideration in light of *Mulloy* v. *United States,* 398 U. S. 410.